**Electronically Filed
Supreme Court
SCPW-15-0000639
13-NOV-2015
10:06 AM**

SCPW-15-0000639

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PUU LANI RANCH CORP., a Hawaiʻi corporation,
F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981, made
by F. Newell Bohnett, as Settlor, and F. NEWELL BOHNETT,
in his individual capacity, Petitioners

vs.

THE HONORABLE RONALD IBARRA, Judge of the Circuit Court of the
Third Circuit, State of Hawaiʻi, Respondent Judge,

and

PL III, LLC, a Hawaiʻi limited liability company,
ARICK B. YANAGIHARA, MICHAEL H. NEKOBA, WILLIAM G. BOYLE
and ANITA MATSUZAKI, Respondents.

---

ORIGINAL PROCEEDING
(CAAP-14-0001115; CAAP-15-0000484; CIV. NO. 11-1-433K)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Garibaldi, in place of Recktenwald, C.J., recused.)

Upon consideration of petitioners' petition for a writ

of mandamus, filed on August 28, 2015, the documents attached

thereto and submitted in support thereof, and the record, it

appears that petitioners fail to demonstrate that the circuit

court has a legal duty to enter their proposed final judgment

under the current procedural posture of the case.  Petitioners,

therefore, are not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, November 13, 2015.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Colette Y. Garibaldi



2